## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

MOHAMED N. SALEM,

        Petitioner,

        v.

JOHN TSOUKARIS, et al.,

        Respondents.

Civil Action No. 25-17414 (MAS)

ORDER

This matter comes before the Court on Petitioner Mohamed N. Salem's amended petition for a writ of habeas corpus, which appears to be a challenge to ongoing immigration detention. (ECF No. 9.)  The Court having reviewed the amended petition in accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 through Rule 1(b), and having determined that dismissal prior to submission of an answer and the record is not warranted, the Government shall be directed to file an answer to the petition.

In addition to the amended petition, counsel for Petitioner has submitted a motion seeking leave for Kareem El Nemr to appear in this matter *pro hac vice* on behalf of Petitioner.  (ECF No. 10.)  Pursuant to Local Civil Rule 101.1(c), however, such a motion must be accompanied by a "certified statement of the applicant disclosing each bar in which the applicant is a member in good standing including the year of admission" and a "statement certifying that no disciplinary proceedings are pending against the attorney in any jurisdiction and no discipline has previously been imposed within the past five years" or a statement explaining any discipline within the past five years.  The motion filed by Petitioner's counsel is devoid of any information as to the status of the attorney seeking admission other than a document indicating the attorney was admitted and is in good standing in New York.  There is no certification regarding discipline or any other

admissions. Counsel's motion therefore fails to meet the minimum requirements the Court has set for the granting of *pro hac vice* admission, and is denied without prejudice at this time.

IT IS THEREFORE, on this 3rd day of December, 2025, ORDERED that:

1. Respondents Tsoukaris, Noem, Lyons, and Bondi are dismissed without prejudice from this matter as the proper respondent in a petition brought under 28 U.S.C. § 2241 is the warden of the facility where the detainee is currently being held, in this case the Warden of the Delaney Hall Detention Facility, *see Rumsfeld v. Padilla*, 542 U.S. 426, 436 (2004); *Yi v. Maugans*, 24 F.3d 500, 507 (3d Cir. 1994);

2. The Clerk of the Court shall amend the caption of this matter to name the Warden of the Delaney Hall Detention Facility as a Respondent in this matter;

3. The Clerk of the Court shall serve copies of the amended petition (ECF No. 9), and this Order, upon the Warden of the Delaney Hall Detention Facility by regular mail, with all costs of service advanced by the United States;

4. The Clerk of the Court shall forward a copy of the Petition, and this Order, to Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov;

5. Within 21 days after the date of entry of this Order, Respondent shall electronically file a full and complete answer to said Petition, which responds to the factual and legal allegations of the Petition paragraph by paragraph;

6. The answer shall state the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243;

7. Respondent shall raise by way of the answer any appropriate defenses which Respondent wishes to have the Court consider, including, but not limited to, exhaustion

of administrative remedies, and also including, with respect to the asserted defenses, relevant legal arguments with citations to appropriate legal authority;

8. Respondent shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims;

9. All exhibits to the Answer must be identified by a descriptive name in the electronic filing entry;

10. Petitioner may file and serve a reply in support of the Petition within 14 days after the answer is filed;

11. Within 7 days after any change in Petitioner's custody or immigration status, be it release, a final order of removal, or otherwise, Respondent shall electronically file a written notice of the same with the Clerk of the Court;

12. Counsel's motion seeking *pro hac vice* admission (ECF No. 10) is **DENIED WITHOUT PREJUDICE**; and

13. The Clerk of the Court shall serve a copy of this Order upon Petitioner electronically.

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**